UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH

2020 MAY -1  AM 9: 53

FILED

Tayron T. Weeks

Plaintiff(s)

v.                                      COMPLAINT

Michael J. Frank

UNITED STATES OF AMERICA Inc.

Defendant(s)

## Parties to this Complaint

Plaintiff(s)'s Name, Address and Phone Number

Tayron T. Weeks

1 Success Loop Road
Berlin, New Hampshire / P.O. Box 9000
03570

Defendant(s)'s Name, Address and Phone Number

Michael J. Frank
UNITED STATES OF AMERICA Inc.

U.S. Attorney's office
401 Courthouse Square 2nd Floor
Alexandria VA 22314

USDCNH-102 (Rev. 5/7/13)                Page 1 of 5

## Jurisdiction and Venue:
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

Jurisdiction of this court is established at 28 U.S.C.S §1331 and §1391(b)(2).

"see attachment"

## Statement of Claim:

(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

\* Plaintiff is "Interpleader", (DoF) Disputed Ownership Fund.
Ref 28 U.S.C.S. § 1335
"See attachment"

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

Default/Default Judgment order returned in Petitioner's favor, and to be awarded a claim amount of $1,717,000.00.
" See attachment"

## Jury Demand

☑ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 4/27/2020

Signature: *[signed]*