# EXHIBIT- 1

## "PROOF OF CLAIM"

Case 1:20-cv-00534-LM   Document 1-3   Filed 05/01/20   Page 2 of 10
Case 1:14-cr-00313-TSE   Document 50   Filed 07/23/19   Page 1 of 3 PageID# 246

Page 1 of 3

# UNITED STATES DISTRICT COURT
## For the Eastern District of Virginia
### Alexandria Division

UNITED STATES OF AMERICA
  Plaintiff in Error

v.

TAYRON TYREE WEEKS
  Defendant, counterclaim

Action No. 1:14-cr-00313-TSE

*Exhibit-A → JUDICIAL NOTICE TENDER AFFIDAVIT CLAIM ESTOPPEL
*NONCONSENT TO INCARCERATION, OR OF DETENTION...

... **JUDICIAL NOTICE TENDER, AFFIDAVIT CLAIM ESTOPPEL *NONCONSENT TO INCARCERATION, OR OF DETENTION PURSUANT TO TITLE 18 U.S.C. IN SPECIFIC BUT NOT LIMITED TO SECTION(S) 3142, 3141, 3041.**

State of New Hampshire }
County of Coos }

Weeks, Tayron

Weeks, Tayron, being duly affirmed, deposes and states:

① I am Weeks, Tayron, authorized representative for the styled Defendant, Principal, and "Real Party in Interest" in the matter.

② I am 28 years of age, and of a sound mind.

③ I am not under the influence of any drugs, alcohol, nor medications. This affidavit was made of my own free will and consent for the truth in this matter.

④ I am currently kidnapped, under duress, barratry, human trafficking and reprisal, to which I have never consented to.

⑤ All documents I was forced and offered to autograph/sign demonstrated by court appointed counsel and other federal official came by way of coercion, deception, and routine acts of duress.

⑥ Let the record reflect, take mandatory Judicial notice, I was not afforded due process of law due to the sworn facts that the United States District Court for the District of Virginia was and is now established as a civil court, not criminal, nor Judicial, but Administrative pursuant to Title 28 United States Code Part 1, Chapter 5, and only has the authority to handle matters pursuant to Title 28 U.S.C. Part 4, Chapter 85, Section(s) 1330-1369. Such ___ the authority to detain pursuant to Title 18 U.S.C.

FILED
JUL 23 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Case 1:20-cv-00534-LM   Document 1-3   Filed 05/01/20   Page 3 of 10
Case 1:14-cr-00313-TSE   Document 50   Filed 07/23/19   Page 2 of 3 PageID# 247

age 2 of 3

Section 3142 pending a trial, pending a execution of sentence or pending an appeal, for crimes committed in United States Territory in Guam, Virgin Islands, and Mariana Islands, explained in Title 18 U.S.C. Part 1 Chapter 1, Section 23, "United States court defined" in which their Docket NO. 6, Case File 1:14-CR-00313-TSE recored.

(7) Let the record reflect, take mandatory judicial notice, on these facts established, on march 27, 2019 I tendered Judge T.S. Ellis III a "Special Deposit" bond that was received by him, via certified mail on April 1, 2019 the certified mail tracking number is 7016 1970 0000 4032 3142 (Exhibit-B). Judge T.S. Ellis III has failed to forward the "Special Deposit" bond to the Alien property Custodian (Attorney General), as provided by statute 50 U.S.C. § 4307(e), F.R. Civ. P. Rule E(5)(a)(c), and 28 U.S.C. S§ 2041.

(8) Let the record reflect, take mandatory judicial notice, on these facts established, my requested remedy and award are past due. The commercial maxims of law are not absent to this effect. Equality Under The Law is Paramount And Mandatory.

Affiant further saith naught.

Respectfully executed this 11th day July, 2019.


Weeks, Tayron
Reg# 81394-083
Federal Correctional Institution
1 Success Loop Road
Berlin, New Hampshire 03570.

*Individual Affirmation Acknowledgement

This is to affirm and certify all statements made by the undersigned are in fact true, correct, complete, and not misleading to the best of his knowledge, under penalties of perjury within the United States of America.

Affiant/claimant: ~~tayron weeks Sr.~~ Without Prejudice Without recourse.     Dated: July 11th 2019
Authorized Representative for TAYRON TYREE WEEKS

ge 3 of 3

### *** CERTIFICATE OF SERVICE

This is to certify the stated "Exhibit-A" JUDICIAL NOTICE TENDER AFFIDAVIT CLAIM ESTOPPEL "NONCONSENT TO INCARCERATION"... was prepared and forwarded to the "FCI Berlin" mail handlers this ___ day, in the month of July, 2019 to be sent via "special mail" with prepaid postage to the referenced recipient(s):

cc: U.S. Attorney General
cc: New Hampshire State Supreme Court
cc: U.S. Marshal Service          ** Attention: Judge T.S. Ellis III
cc: U.S. Assis. Attorney          ** Attention: Clerk

⇒ 84394-083 ⇒
Ts Ellis III
401 Courthouse Square 2nd Floor
Alexandria, VA 22314-5704
United States

Tayron Weeks
Exhibit-B →

Authorized by Act of July 7, 1955,
as amended, to administer oaths (18 U.S.C. § 4004).

**U.S. Postal Service CERTIFIED MAIL® RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com®
OFFICIAL USE
Certified Mail Fee  $ Exhibit-B
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $
Postage  $
Total Postage and Fees  $
Sent To  Judge T.S. Ellis III
Street and Apt. No., or PO Box No. 401 Courthouse Square 2nd Floor
City, State, ZIP+4  Alexandria VA 22314-5704

Postmark Here BERLIN NH 03570 MAR 27 2019 USPS

7016 1970 0000 4034 3112

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Name: Tayron Weeks
c/o Reg. No. 94394-083
Federal correction Institution
P.O. 9000/1 Success Loop Road
Berlin, New Hampshire 03570

"NOTICE"

UNITED STATES PROBATION DEPARTMENT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Virginia (Eastern)

RE: UNITED STATES -and- TAYRON TYREE WEEKS..., Docket No.: 1:14-CR-00313-TSE

Dear Sir/Mam,

   The purpose of this letter entitled "NOTICE" is due to the above mentioned subject matter; First, and foremost I would like to thank you in advance for your time and assistance, I will attempt to make this correspondence as brief and precise as possible;

   Recently, I was made aware of the Federal Structure regarding the Statute's and Constitutional limitations that where implied within the above mention subject matter, therefore I Weeks, Tayron here-in-after Petitioner, do declare and affirm I am above the age of 21, competent to state the following:

1. Petitioner in the year 2014 was arrested in Virginia State, for purported crimes in Virginia State, a State of the Union, which would of granted local State Police Original Jurisdiction of accused Body, as well as, Cognizance of purported offenses;

2. Petitioner in the year 2014 was charged in a Federal Indictment by Authorities federal docket entry 1:14-CR-00313-TSE in Virginia State, for purported crimes committed within Virginia State, a State of the Union, for matters that are local, and outside of Federal intervention, based on the Constitutional provisions established and geared towards the State's of the Union which are protected from Federal Legislation within the Constitution for the United States Article I section 8 clause 17;

3. Petitioner was prosecuted in the United States District Court of Virginia (Eastern), a Court found to be established pursuant to Title 28 U.S.C. Part 1, Chapter 5, Section(s) 81-131, which is authorized by Congress to handle civil matters within Title 28 U.S.C. Part 4, Chapter 85, section(s) 1330-1369, as Petitioner believe's section 1345 "United States as a Plaintiff" quoting "....shall have original jurisdiction of all civil actions..";

4. Petitioner was prosecuted and sentenced pursuant to Title 18 of the United States Code, which Title 18 U.S.C. Part 1, Chapter 1, Section 23 "Court of the United States defined" only establishes Guam, Mariana Islands, and Virgin Islands within Title 18 U.S.C.;

5. Petitioner asserts for the record, that he was charged criminally utilizing Title 18 U.S.C., a Title which was established by Congress to handle matters in Guam, Mariana Islands, and Virgin Islands only, hence, such Title, Title 18 U.S.C. was utilized outside of Congressional Intent, thus rendering such pervasive manner of prosecution as fraud against his person;

6. Petitioner asserts for the record, that he was denied criminal due process of law, due to the above mentioned fact, that the United States District Court for the District of Virginia (Eastern) was only established as a Civil Court pursuant to Title 28 U.S.C., and not a Criminal Court established under Title 18 U.S.C. as explained above in lines 2,3,4,5;

7. Petitioner asserts for the record, based on above mentioned facts, deny's, rejects, objects, and request that his original not guilty plea be removed and/or stricken off the record, due to the fact that it was done without full disclosure, due to the facts recently made known;

8. Petitioner asserts for the record, based on the above mention facts, Rebutt's the Presumption of Detention Order of Docket entry 1:14-CR-00313-TSE pursuant to Title 18 U.S.C. in specific but not limited to section(s) 3142, 3141, 3041; Federal Rules of Evidence 301; Federal Rules of Criminal Procedure Rule 1(b)(10);

9. Petitioner asserts for the record, based on above mentioned facts, to afford Petitioner the accuracy and Congressional authority and Intent of such legislation to be updated, corrected and/or stricken from the record pursuant to Title 5 U.S.C. 552, 552a(e)(5),(d) F.O.I.A./PRIVACY ACT;

I, Weeks, Tayron, do declare and affirm, that the above mentioned is true, correct, complete and not misleading to the best of my ability, under penalty of perjury, pursuant to United States Law, and Virginia State Law;

Executed: 07/11/2019

Respectfully,

/A/ By: Weeks, Tayron Ex Without Prejudice without recourse.
Weeks, Tayron
All Rights Reserved...

c.c.: file
CLERK OF COURT
UNITED STATES DISTRICT COURT
FOR DISTRICT OF Virginia

BER 5800.16
11/8/2012
Attachment A

**OUTGOING SPECIAL MAIL RECEIPT**

| Name and Address of Person Receiving Special Mail | FCI BERLIN |
|---|---|
| Name: Judge T.S. Ellis III<br>Address: 401 Courthouse square 2nd Floor<br>City: Alexandria  State: VA  Zip Code: 22314 | Enter Inmate Name, Register No., and Housing Unit Here:<br>Tayron Weeks 84394-083<br>A4 |

_Tayron Weeks_ — EX without prejudice without recourse.
(Inmate Signature)

The following is to be completed by staff:

ENTER SIGNATURE, TITLE AND DATE OF STAFF MEMBER RECEIVING SPECIAL MAIL.

_Rouleau_ /s/ CSW          7-11-2019 @ 0731
(Signature and Title)      (Date Special Mail Received from Inmate)

****Once this receipt is filled out by the inmate, and unit staff have signed and dated this receipt, the receipt and special mail will be forwarded by unit staff to the institutions outgoing mail box for further processing.****

*Special Deposit Bond*
*"Commercial Paper"*

# USPS Tracking®

FAQs

Track Another Package +

*"Proof of Service"*

**Tracking Number:** 70161970000040323142

Remove

Your item was delivered to the front desk, reception area, or mail room at 11:48 am on April 1, 2019 in ALEXANDRIA, VA 22314.

## Delivered

April 1, 2019 at 11:48 am
Delivered, Front Desk/Reception/Mail Room
ALEXANDRIA, VA 22314

Feedback

**Tracking History**

**Product Information**

See Less

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

"Special Deposit Bond"
"Commercial Paper"

BER 5800.16
11/8/2012
Attachment A

## OUTGOING SPECIAL MAIL RECEIPT

| Name and Address of Person Receiving Special Mail | FCI BERLIN |
|---|---|
| Name: Judge T.S. Ellis III<br>Address: 401 Courthouse Square 2nd Floor<br>City: Alexandria   State: VA   Zip Code: 22314-5704 | Enter Inmate Name, Register No., and Housing Unit Here:<br>Tayron Weeks<br>84394-083 |

Tayron Weeks         without recourse,
                     without prejudice.
(Inmate Signature)

The following is to be completed by staff:

ENTER SIGNATURE, TITLE AND DATE OF STAFF MEMBER RECEIVING SPECIAL MAIL.

Rouleau   CSW          3-26-2019 @ 1127
(Signature and Title)   (Date Special Mail Received from Inmate)

****Once this receipt is filled out by the inmate, and unit staff have signed and dated this receipt, the receipt and special mail will be forwarded by unit staff to the institutions outgoing mail box for further processing.****

Tayfon Weeks 04394-025
Federal Correction Institution
P.O. Box 9000
Berlin, New Hampshire 03570

Cler
United
55 ple
Conc