UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Tayron T. Weeks

    v.                                        Case No. 20-cv-534-LM

Frank et al


ORDER


No objection having been filed, I herewith approve the

Report and Recommendation of Magistrate Judge Andrea K.

Johnstone dated February 26, 2021.  "'[O]nly those issues fairly

raised by the objections to the magistrate's report are subject

to review in the district court and those not preserved by such

objection are precluded on appeal.'"  School Union No. 37 v.

United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)

(quoting Keating v. Secretary of Health & Human Servs., 848 F.2d

271, 275 (1st Cir.1988)); see also United States v. Valencia-

Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,

failure to file a specific objection to magistrate's report will

waive the right to appeal).

_____
Landya B. McCafferty
Chief Judge

Date: March 31, 2021


cc: Tayron T. Weeks, pro se